UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                    §
                                          §
SZCZYKOWSKI, GRZEGORZ                     §        Case No. 12-21376
                                          §
            Debtor(s)                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

      US Courthouse
      Bankruptcy Clerk
      Assignment Desk, Rm 710
      219 S. Dearborn St.
      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/31/2013 in Courtroom 250,

      US Courthouse
      100 S. 3rd St.
      Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2013     By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SZCZYKOWSKI, GRZEGORZ § Case No. 12-21376
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 105.00 |
| leaving a balance on hand of[1] | $ | 4,895.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Roy Safanda | $ 114.50 | $ 0.00 | $ 114.50 |
| Attorney for Trustee Fees: Roy Safanda, Attorney for Trustee | $ 581.25 | $ 0.00 | $ 581.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,945.75 |
| Remaining Balance | | $ | 2,949.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,199.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  19.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 001 | Discover Bank<br>DB Servicing Corporation<br>POB 3025<br>New Albany, OH 43054-3025 | $ 1,452.30 | $ 0.00 | $ 281.79 |
| 002 | Elan Financial Services As Servicer fo Associated Bank Cons<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | $ 10,751.58 | $ 0.00 | $ 2,086.13 |
| 003 | US Bank NA<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH  45201-5229 | $ 2,996.10 | $ 0.00 | $ 581.33 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,949.25 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
          Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-21376-CAD
Grzegorz Szczykowski                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 1              Date Rcvd: Sep 09, 2013
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2013.
```
db         +Grzegorz Szczykowski,    1805 W. Main St.,   Dundee, IL 60118-2080
18956975   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18956976   +Citibank na,    Po Box 769006,    San Antonio, TX 78245-9006
19990360    Elan Financail Services as Servicer for,    Associated Bank Cons,    P O BOX 5229,
             Cincinnati, OH 45201-5229
18956978   +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
18956979   +Ford Credit,    Po Box Box 542000,    Omaha, NE 68154-8000
19455508   +Ford Motor Credit Company LLC,     P O Box 6275,   Dearborn,  MI 48121-6275
18956980   +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
18956981   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
20068648   +Portfolio Recovery Assocs. LLC,    POB 41067,   Norfolk, VA 23541-1067
19407170   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   ELAN FINANCIAL SERVICES,    AS SERVICER FOR ASSOCIATED BANK CONS,
              BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18956977       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2013 01:42:18      Discover Financial,
              Po Box 15316,   Wilmington, DE 19850
19275582       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 10 2013 01:42:18      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
20732222       E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2013 01:42:19      GE Capital Retail Bank,
              c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
20724606       E-mail/PDF: rmscedi@recoverycorp.com Sep 10 2013 01:41:25
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19407186*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
18956982*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/Na Nd,    4325 17th Ave S,    Fargo, ND 58125)
                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2013                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2013 at the address(es) listed below:
```
              Carl F. Safanda, Esq   on behalf of Trustee Roy  Safanda rsafanda@xnet.com
              Michael J Worwag    on behalf of Debtor Grzegorz  Szczykowski mjworwag@gmail.com
              Michael L Sherman   on behalf of Creditor    Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ross T Brand    on behalf of Creditor    Deutsche Bank National Trust Company
               rbrand@fisherandshapirolaw.com, bk_il_notice@fisherandshapirolaw.com
              Roy  Safanda    on behalf of Trustee Roy  Safanda rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
              Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```