UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
SZCZYKOWSKI, GRZEGORZ                     §       Case No. 12-21376
                                          §
         Debtor(s)                        §
                                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on             . The case was pending for     months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____  By:/s/Roy Safanda_____
                                                                             Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citibank na Po Box 769006 San Antonio, TX 78245 |  |  |  |  |  |
|  | Ford Credit Po Box Box 542000 Omaha, NE 68154 |  |  |  |  |  |
|  | Gmac Mortgage Po Box 4622 Waterloo, IA 50704 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| ROY SAFANDA, ATTORNEY FOR TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| 001 | DISCOVER BANK | | | | | |
| 002 | ELAN FINANCIAL SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 004 | FORD MOTOR CREDIT COMPANY, LLC | | | | | |
| 003 | US BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page: 1

Exhibit 8

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-21376 MB Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SZCZYKOWSKI, GRZEGORZ | Date Filed (f) or Converted (c): | 05/25/12 (f) |
| | | 341(a) Meeting Date: | 07/30/12 |
| For Period Ending: | 04/13/14 | Claims Bar Date: | 10/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located at 1805 W Main St., Dundee IL | 135,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate Lot with Mobil Home Located at 2180 Sa | 9,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3. Personal Checking account with US Bank | 500.00 | 500.00 | | 0.00 | FA |
| 4. Personal Checking account with 5th 3rd Bank | 300.00 | 300.00 | | 0.00 | FA |
| 5. Miscellaneous Household Goods and Used Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Used books, compact discs family pictures | 300.00 | 0.00 | | 0.00 | FA |
| 7. Used Personal Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy - No Cash Surrender Val | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Audi A6 ( Son paid and drives) | 2,500.00 | 100.00 | | 0.00 | FA |
| 10. 2011 Ford F-250 | 35,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $185,300.00 | $5,900.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/13     Current Projected Date of Final Report (TFR): 01/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-21376 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SZCZYKOWSKI, GRZEGORZ | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5733 Checking Account |
| Taxpayer ID No: | *******0047 | | | |
| For Period Ending: | 04/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 2,500.00 | | 2,500.00 |
| 01/15/13 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | | 1110-000 | 500.00 | | 3,000.00 |
| 02/16/13 | 2 | Grzegprz Szczykowski<br>Anna Szcykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | Preference Payment | 1110-000 | 500.00 | | 3,500.00 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,485.00 |
| 03/23/13 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | | 1110-000 | 500.00 | | 3,985.00 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,970.00 |
| 04/20/13 | 2 | Grzegprz Szcykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleeph Hollow, IL 60118 | Prefernece Payment | 1110-000 | 500.00 | | 4,470.00 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,455.00 |
| 05/18/13 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | Prefernece Settlement | 1110-000 | 500.00 | | 4,955.00 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,940.00 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,925.00 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,910.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,895.00 |

Page Subtotals       5,000.00       105.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-21376 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SZCZYKOWSKI, GRZEGORZ | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******5733 Checking Account |
| Taxpayer ID No: | *******0047 | | | |
| For Period Ending: | 04/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/01/13 | 010001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL 60134 | Chapter 7 Compensation/Expense<br><br>Fees 1,250.00<br>Expenses 114.50 | <br><br><br>2100-000<br>2200-000 | | 1,364.50 | 3,530.50 |
| 12/01/13 | 010002 | Roy Safanda, Attorney for Trustee | Attorney for Trustee Fees (Trustee | 3110-000 | | 581.25 | 2,949.25 |
| 12/01/13 | 010003 | Discover Bank<br>DB Servicing Corporation<br>POB 3025<br>New Albany, OH 43054-3025 | Claim 001, Payment 19.40302% | 7100-000 | | 281.79 | 2,667.46 |
| 12/01/13 | 010004 | Elan Financial Services<br>As Servicer fo Associated Bank Cons<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Claim 002, Payment 19.40301% | 7100-000 | | 2,086.13 | 581.33 |
| 12/01/13 | 010005 | US Bank NA<br>Bankruptcy Department<br>POB 5229<br>Cincinnati, OH 45201-5229 | Claim 003, Payment 19.40289% | 7100-000 | | 581.33 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 2,500.00 | 0.00 | |
| Subtotal | 2,500.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2,500.00 | 5,000.00 | |

Page Subtotals 0.00 4,895.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-21376 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SZCZYKOWSKI, GRZEGORZ | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7668 Checking Account |
| Taxpayer ID No: | *******0047 | | | |
| For Period Ending: | 04/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/22/12 | 2 | Grzegorz Szczykowski<br>Ann Szczykowski<br>1805 Main St.<br>Sleepy Hollow, IL 60118 | Sale of Real Estate | 1110-000 | 500.00 | | 500.00 |
| 09/21/12 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | Sale of Real Estate | 1110-000 | 500.00 | | 1,000.00 |
| 10/26/12 | 2 | Grzegpr Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | Sale of Real Estate | 1110-000 | 500.00 | | 1,500.00 |
| 11/07/12 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | | 1110-000 | 500.00 | | 2,000.00 |
| 12/14/12 | 2 | Grzegprz Szczykowski<br>Anna Szczykowska<br>1805 W. Main St.<br>Sleepy Hollow, IL 60118 | | 1110-000 | 500.00 | | 2,500.00 |
| 01/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 2,500.00 | 0.00 |

Page Subtotals: 2,500.00 2,500.00

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-21376 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | SZCZYKOWSKI, GRZEGORZ | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7668 Checking Account |
| Taxpayer ID No: | *******0047 | | | |
| For Period Ending: | 04/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 2,500.00 | 2,500.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 2,500.00 | |
| | | | Subtotal | 2,500.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 2,500.00 | 0.00 | |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - ********5733 | 2,500.00 | 5,000.00 | 0.00 |
| | Checking Account - ********7668 | 2,500.00 | 0.00 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 5,000.00 | 5,000.00 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.04c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*